# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**93**

**CA 13-01397**

PRESENT: CENTRA, J.P., PERADOTTO, LINDLEY, SCONIERS, AND DEJOSEPH, JJ.

---

IN THE MATTER OF CHARLES WATSON,
PETITIONER-APPELLANT,

V                                                                    ORDER

JOSEPH BELLNIER, DEPUTY COMMISSIONER, NEW YORK
STATE CORRECTIONAL FACILITIES, NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY
SUPERVISION, F. RICH, DEPUTY SUPERINTENDENT,
SECURITY, CAYUGA CORRECTIONAL FACILITY, C.
KOENIGSMANN, CHIEF MEDICAL OFFICER, NEW YORK
STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY
SUPERVISION, AND D. BOTSFORD, DIRECTOR,
CLASSIFICATION AND MOVEMENT, NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY
SUPERVISION, RESPONDENTS-RESPONDENTS.

---

CHARLES WATSON, PETITIONER-APPELLANT PRO SE.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (FRANK BRADY OF
COUNSEL), FOR RESPONDENTS-RESPONDENTS.

-------------------------------------------------------------------------------------------------------

Appeal from a judgment (denominated order) of the Supreme Court,
Cayuga County (Mark H. Fandrich, A.J.), entered July 10, 2013 in a
proceeding pursuant to CPLR article 78. The judgment denied the
amended petition.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed without costs.

Entered: February 6, 2015                                    Frances E. Cafarell
                                                             Clerk of the Court